[Civ. No. 578. Third Appellate District.—July 12, 1909.]

THE AETNA INDEMNITY COMPANY, a Corporation, Respondent, v. ALTADENA MINING AND INVESTMENT COMPANY, a Corporation, et al., Appellants.

APPEAL—ACTION IN EQUITY—FORECLOSURE OF MORTGAGE—JURISDICTION —TRANSFER TO SUPREME COURT.—An action for the foreclosure of a mortgage is an action in equity; and this court has no jurisdiction of an appeal taken in such action. The jurisdiction of such an appeal is vested in the supreme court under the constitution, and an appeal taken to that court, in which the transcript and briefs are erroneously filed in this court must be transferred to that court for disposition.

APPEAL from a judgment of the Superior Court of Tuolumne County, foreclosing a mortgage. G. W. Nicol, Judge.

The facts are stated in the opinion of the Court.

E. W. Holland, for Appellants.

H. F. Peert, and J. B. Carten, for Respondent.

THE COURT.—This is an action for the foreclosure of a mortgage and is, therefore, a suit in equity. The appeal was properly taken to the supreme court, but was erroneously filed in this court, such error doubtless occurring through the fact that the entitlement of the court on the back of the transcript and briefs is printed as follows: "In the District Court of Appeal of California, Third Appellate District."

It ought to be pretty well understood by the profession by this time that, under section 4 of article VI of the constitution, this court is without appellate jurisdiction of suits in equity by direct appeal.

The case will have to be transferred to the supreme court, and such is the order.